LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

WILLIAM HEWIG III
JEANNE S. McKNIGHT

KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
SANDRA M. CHARTON
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
GEORGE X. PUCCI
LAUREN F. GOLDBERG
JASON R. TALERMAN
JEFFREY A. HONIG
MICHELE E. RANDAZZO
GREGG J. CORBO
RICHARD T. HOLLAND
LISA C. ADAMS
ELIZABETH R. CORBO
MARCELINO LA BELLA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
LAURA H. PAWLE
TODD A. FRAMPTON
JACKIE COWIN
SARAH N. TURNER

November 21, 2003

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Donald A. Brisson v. City of New Bedford, et al.
      United State District Court C.A. No. 03-CV-12249DPW

Dear Sir or Madam:

Enclosed for filing in the above-referenced case, please find certified copies of all documents on file with the state court. Kindly docket the same.

Thank you for your attention to this matter.

Very truly yours,

Gregg J. Corbo

GCJ/lem
Enc.
cc:   City Solicitor  (w/o enc.)
      Mr. Walter Masko (6FMS # 227914) (w/o enc.)
      James R. McMahon, III, Esq. (w/o enc.)
207505/METG/0499

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

### BRCV2003-01115
### Brisson v New Bedford et al

| File Date | 10/03/2003 | Status | Disposed: transfered to other court (dtrans) | | |
|---|---|---|---|---|---|
| Status Date | 11/19/2003 | Session | B - CtRm 2 - (Fall River) | | |
| Origin | 1 | Case Type | E03 - Action against Commonwealth/municpl | | |
| Lead Case | | Track | A | | |

| Service | 01/01/2004 | Answer | 03/01/2004 | Rule12/19/20 | 03/01/2004 |
|---|---|---|---|---|---|
| Rule 15 | 12/26/2004 | Discovery | 11/21/2005 | Rule 56 | 01/20/2006 |
| Final PTC | 05/20/2006 | Disposition | 10/02/2006 | Jury Trial | Yes |

**Plaintiff**
Donald A Brisson
5 Knollwood Drive
North Dartmouth, MA 02747
Active 10/03/2003

**Private Counsel 552111**
James R McMahon III
25 Main Street, 2nd Floor
PO Box 313
Buzzards Bay, MA 02532-0313
Phone: 508-759-9099
Fax: 508-759-1353
Active 10/03/2003 Notify

**Defendant**
City of New Bedford
New Bedford City Hall
133 Williams Street
New Bedford, MA 02740
Served: 10/14/2003
Served (answr pending) 10/30/2003

**Private Counsel 552220**
Matthew J Thomas
355 Union Street
New Bedford, MA 02740
Phone: 508-994-1500
Active 10/23/2003 Notify

**Private Counsel 641459**
Gregg J Corbo
Kopelman & Paige PC
31 Saint James Avenue
7th floor
Boston, MA 02116-4102
Phone: 617-556-0007
Fax: 617-654-1735
Active 11/19/2003 Notify

**Defendant**
Ned K LeDuc
871 Rockdale Avenue
New Bedford, MA 02740
Service pending 10/03/2003

**Private Counsel 552220**
Matthew J Thomas
355 Union Street
New Bedford, MA 02740
Phone: 508-994-1500
Active 10/23/2003 Notify

Commonwealth of Massachusetts
BRISTOL SUPERIOR COURT
Case Summary
Civil Docket

### BRCV2003-01115
### Brisson v New Bedford et al

| | |
|---|---|
| | **Private Counsel 641459**<br>Gregg J Corbo<br>Kopelman & Paige PC<br>31 Saint James Avenue<br>7th floor<br>Boston, MA 02116-4102<br>Phone: 617-556-0007<br>Fax: 617-654-1735<br>Active 11/19/2003 Notify |
| **Other interested party**<br>FILE COPY<br>Active 10/03/2003 Notify | |

| Date | Paper | Text |
|---|---|---|
| 10/03/2003 | 1.0 | Complaint & civil action cover sheet filed |
| 10/03/2003 | | Origin 1, Type E03, Track A. |
| 10/23/2003 | 2.0 | Assented to MOTION to extend time for to answer |
| 10/24/2003 | | Defendants' motion #2: to enlarge time to file their answers, by agreement of the parties, this motion is ALLOWED extending until December 3, 2003 the time period for the Defendants to file their answers to the complaint. Philip F. Leddy, Magistrate |
| 10/30/2003 | 3.0 | SERVICE RETURNED: City of New Bedford (Defendant) by serving the Mayor's office, City Clerk's office and the New Bedford Police Department |
| 11/19/2003 | 4.0 | Written Notice of Removal Case 03CV12249DPW REMOVED this date to US District Court of Massachusetts |

| Date | Session | Event | Result |
|---|---|---|---|
| 10/03/2003 | CtRm Main - (Taunton) | Status: by clerk<br>Initial One-trial Review | Event held as scheduled |