UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12249-DPW

| | |
|---|---|
| DONALD A. BRISSON,<br><br>　　　　　Plaintiff<br>v.<br><br>CITY OF NEW BEDFORD and NED K. LeDUC,<br><br>　　　　　Defendants | NOTICE OF APPEARANCE |

Please enter our appearance as attorneys for the defendants in the above-captioned matter.

DEFENDANTS,

By their attorneys,

*/s/ Joseph L. Tehan, Jr.*
Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

207374/METG/0499