UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DONALD A. BRISSON,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF NEW BEDFORD and NED F. LeDUC,<br><br>    Defendants. | CIVIL ACTION NO. 03-12249DPW |

## DEFENDANTS' MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING

Now come the defendants City of New Bedford and retired police officer Ned K. LeDuc, and hereby move that this Honorable Court enlarge the period for answering or otherwise responding to the Complaint for a period of fifteen (15) days to December 17, 2003.

As grounds therefor, the defendant presents the following Statement of Reasons.

## STATEMENT OF REASONS

1. The Complaint was served upon the City on or about October 15, 2003, and pursuant to Fed. R. Civ. P. Rule 12(a)(1)(A), a responsive pleading was due on or about November 4, 2003.

2. Immediately upon acceptance of service, a copy of the Complaint was forwarded to the City's insurer, and plaintiff's counsel agreed to an extension of time for answering until December 3, 2003.

3. The Town's insurer accepted coverage and forwarded a copy of the Complaint to Kopelman and Paige, P.C. to provide the defense of the case.

4. Without delay, counsel removed the case to this Court and scheduled a meeting with the City officials most knowledgeable of the facts underlying the plaintiff's Complaint.

5. Additional time is necessary to enable counsel to formulate a reasoned response to the complex civil rights claims raised in the Complaint and to confer with the defendants as to the factual allegations contained therein.

6. No party will be prejudiced by the allowance of the within Motion.

WHEREFORE, the defendants respectfully request that this Honorable Court extend the time for filing a responsive pleading fifteen (15) days to December 17, 2003.

DEFENDANTS

By their attorneys,

Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

208012/60700/0499

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on ____