UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12249DPW

DONALD A. BRISSON,

      Plaintiff,

v.

CITY OF NEW BEDFORD and NED F.
LeDUC,

      Defendants.

LOCAL RULE 7.1(A)(2)
CERTIFICATE OF CONFERRAL

Now comes the undersigned defense counsel, and hereby certifies that on December 1, 2003, I attempted to confer with plaintiff's counsel via telephone in a good faith effort to resolve or narrow the issues set forth in Defendants' Motion to Extend Time for Filing Responsive Pleading, by leaving a detailed voice message. The call was not returned prior to the filing of said Motion.

DEFENDANTS
By their attorney,

Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

208020/60700/0499

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the
above document was served upon the
attorney of record for each other party
by mail-hand on 12/1/03