UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 DEC 19 A 10: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DONALD BRISSON, <br>     Plaintiff <br><br> vs. <br><br> CITY OF NEW BEDFORD, et al <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

C.A. NO.: 03-CV-12249DPW

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant, Ned K. LeDuc, in the above-entitled matter.

|  | THE DEFENDANT <br> By his attorneys |
|---|---|
| _/s/ Michael J. Akerson_ <br> Michael J. Akerson <br> EDWARD P. REARDON, P.C. <br> 397 Grove Street <br> Worcester, MA 01605 <br> (508) 754-7285 <br> BBO# 558565 | _/s/ Austin M. Joyce_ <br> Austin M. Joyce <br> EDWARD P. REARDON, P.C. <br> 397 Grove Street <br> Worcester, MA 01605 <br> (508) 754-7285 <br> BBO#: 255040 |

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 18th day of December, 2003 via first class mail postage prepaid to all counsel of record as follows:

Joseph L. Tehan, Jr., Esq.
Gregg J. Corbo, Esq.
Kopelman & Paige, P.C.
31 St. James Ave.
Boston, MA 02116

James McMahon, Esq.
25 Main Street
P.O. Box 313
Buzzards Bay, MA 02532-0313

By: _/s/ Austin M. Joyce_
     Austin M. Joyce