UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 03-CV-12249-DPW

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DONALD A. BRISSON,
        Plaintiff

v.

CITY OF NEW BEDFORD and
NED K. LeDUC,
        Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ASSENTED MOTION TO CONTINUE THE SCHEDULING CONFERENCE</u>**

NOW comes the Plaintiff, Donald A. Brisson, and hereby moves this Honorable Court to continue the Scheduling Conference from December 22, 2003, to on or after January 23, 2004.

As grounds for this Motion, the Plaintiff states that his Counsel will be away out of state on his annual vacation; and that Counsel for the Defendants, Gregg J. Corbo, Esquire, of Kopelman and Paige, P.C., has assented to this Motion to Continue.

WHEREFORE, the Plaintiff prays that this Honorable Court allow this Motion and continue the Scheduling Conference from December 22, 2003 to on or after January 23, 2004.

Assented to by:

*[signature]*

Gregg J. Corbo, Esquire
BBO # 641459
Kopelman and Paige, P.C.
Attorneys at Law
31 St. James Avenue
Boston, MA  02116-4102
(617) 556-0007

Dated:  December 5, 2003

DONALD A. BRISSON,
By his attorney,

*[signature]*

James R. McMahon, III, Esquire
BBO # 552111
Law Offices of James R. McMahon, III
25 Main Street, Second Floor
Post Office Box 313
Buzzards Bay, MA  02532-0313
(508) 759-9099

**CERTIFICATE OF SERVICE**

I, James R. McMahon, III, Esquire, attorney for the Plaintiff, Donald A. Brisson, do hereby certify this day that I have served a true copy of the within Assented Motion to Continue Scheduling Conference, upon both of the Defendants, by mailing same, first-class, postage prepaid, to their attorney of record, Gregg J. Corbo, Esquire, of Kopelman and Paige, P.C., Attorneys at Law, 31 St. James Avenue, Boston, MA  02116-4102.

Dated:  December 5, 2003                    _____
                                            James R. McMahon, III