```
                UNITED STATES DISTRICT COURT
              DISTRICT COURT OF MASSACHUSETTS

                         CIVIL ACTION NUMBER: 03-CV-12249-DPW
```

```
* * * * * * * * * * * * * * *
                              *
DONALD A. BRISSON,            *
              Plaintiff       *
v.                            *
                              *    JOINT SCHEDULING CONFERENCE
CITY OF NEW BEDFORD and       *    MEMORANDUM  OF  THE  PARTIES
NED K. LeDUC,                 *
              Defendants      *
                              *
* * * * * * * * * * * * * * *
```

NOW comes the Parties in the above-captioned matter, and jointly submit this Joint Scheduling Conference Memorandum of the Parties, with reference to the following:

1. **AGENDA OF MATTERS TO BE DISCUSSED AT THE CONFERENCE.**

   A. Possible settlement;

   B. Plan for Discovery; and,

   C. Schedule of filing of Motions and Alternative Dispute Resolution Programs.

2. **PROPOSED PRE-TRIAL SCHEDULE AND PLAN FOR DISCOVERY.**

   A. Written discovery demands to be submitted by the various parties by June 11, 2004; responses to written discovery within the time periods provided under Rule 33 and Rule 34 of the Federal Rules of Civil Procedure;

   B. Notices of non-expert Depositions to be served by October 11, 2004;

   C. Plaintiff's expert witnesses disclosed by September 11, 2004, and the Defendants' thirty (30) days thereafter;

   D. All expert Depositions completed by November 11, 2004;

   E. All Motions, Dispositive and Procedural, to be filed on or before December 31, 2004; and,

   F. Final Pre-Trial Conference will be scheduled on or after March, 11, 2004.

3.   **CONSENT OF THE PARTIES TO TRIAL BY MAGISTRATE JUDGE.**

   A.   The Plaintiff consents to trial by magistrate judge.

   B.   The Defendant, City of New Bedford, does not consent to trial by magistrate judge.

   C.   The Defendant, Ned K. LeDuc, does not consent to trial by magistrate judge.


FOR THE PLAINTIFF:

                              DONALD A. BRISSON
                              By his attorney,

                              */s/ James R. McMahon, III*

                              James R. McMahon, III, Esquire
                              BBO # 552111
                              Law Offices of James R. McMahon, III, P.C.
                              25 Main Street, Second Floor
                              Post Office Box 313
                              Buzzards Bay, MA  02532-0313
                              (508) 759-9099


FOR THE DEFENDANTS:

CITY OF NEW BEDFORD                     NED K. LeDUC
By their attorneys,                     By his attorneys,

*/s/ Gregg J. Corbo*                    */s/ Austin M. Joyce*

Joseph L. Tehan, Jr., Esquire           Austin M. Joyce, Esquire
BBO # 494020                            BBO # 255040
Gregg J. Corbo, Esquire                 Michael J. Akerson, Esquire
BBO # 641459                            BBO # 558565
Kopelman & Paige, P.C.                  Edward P. Reardon, P.C.
31 St. James Avenue                     397 Grove Street
Boston, MA  02116-4102                  Worcester, MA  01605
(617) 556-0007                          (508) 754-7285


Dated:   February 27, 2004

2

**CERTIFICATE OF SERVICE**

I, James R. McMahon, III, Esquire, attorney for the Plaintiff, Donald A. Brisson, Esquire, do hereby certify this day that I have served A true copy of the within Joint Scheduling Conference Memorandum of the Parties, upon the Defendant, the City of New Bedford, by mailing same, first-class, postage prepaid, to their attorneys of record, Joseph L. Tehan, Jr., Esquire and Gregg J. Corbo, Esquire, of Kopelman & Paige, P.C., at 31 St. James Avenue, Boston, MA 02116-4102; and also in like manner upon the Defendant, Ned K. LeDuc, to his attorneys of record, Austin M. Joyce, Esquire and Michael J. Akerson, Esquire, of Edward P. Reardon, P.C., at 397 Grove Street, Worcester, MA 01605.

Dated: March 4, 2004

_____
JAMES R. McMAHON, III

# Law Offices Of
# James R. McMahon, III, P.C.

25 Main Street, Second Floor

Post Office Box 313

Buzzards Bay, MA 02532-0313

Of Counsel:
James R. McMahon, Jr., Esquire

E-mail: attorney@capecod.net
Tel: (508) 759-9099
Fax: (508) 759-1353

Paralegal:
Shelley A. C. McMahon

March 4, 2004

Rebecca Greenberg, Court Clerk
The Honorable Douglas P. Woodlock
United States District Court
District of Massachusetts
One Courthouse Way
Third Floor, Courtroom 1
Boston, MA  02210

Re: Donald A. Brisson
Vs: City of New Bedford and Ned K. Leduc
No: 03-CV-12249-DPW

Dear Ms. Greenberg:

　　Enclosed herewith for filing in the above-captioned matter, please find the Joint Scheduling Conference Memorandum of the Parties, along with the Certificate of Service of same.

　　The Scheduling Conference is on for Thursday, March 11, 2004, at 2:30 P.M., on the third floor in Courtroom 1.

　　Thank you for your assistance in this matter.  If you have any questions regarding any of this, please feel free to contact me.

　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　James R. McMahon, III

JRM:jrg
Enclosures
cc: Joseph L. Tehan, Jr., Esquire
    Austin M. Joyce, Esquire
    Donald A. Brisson, Esquire