UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 03-CV-12249-DPW

```
* * * * * * * * * * * * * * *
                              *
DONALD A. BRISSON,            *
           Plaintiff          *
v.                            *
                              *     PLAINTIFF'S CERTIFICATION
                              *     OF COMPLIANCE WITH LOCAL
CITY OF NEW BEDFORD and       *     RULE 16.1 (D) (3)
NED K. LeDUC,                 *
           Defendants         *
                              *
* * * * * * * * * * * * * * *
```

We, the undersigned Counsel and Plaintiff, hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____         _____
DONALD A. BRISSON                  JAMES R. McMAHON, III, ESQUIRE
                                   BBO # 552111
                                   Law Offices of James R. McMahon, P.C.
                                   25 Main Street, Second Floor
                                   Post Office Box 313
                                   Buzzards Bay, MA  02352-0313
Dated: March 11, 2004              (508) 759-9099

## CERTIFICATE OF SERVICE

I, James R. McMahon, III, Esquire, attorney for the Plaintiff, Donald A. Brisson, do hereby certify this date that I have served a true copy of the within Plaintiff's Certification of Compliance with Local Rule 16.1(D)(3), upon the Defendant, City of New Bedford, by mailing same, first-class, postage prepaid, to their attorneys of record, Joseph L. Tehan, Jr., Esquire, and Gregg J. Corbo, Esquire, of Kopelman & Paige, P.C., at 31 St. James Avenue, Boston, MA 02116-4102; and also upon the Defendant, Ned K. LeDuc, to his attorneys of record, Austin M. Joyce, Esquire, and Michael J. Akerson, Esquire, of Edward P. Reardon, P.C., at 397 Grove Street, Worcester, MA 01605.

Dated: March 11, 2004

JAMES R. McMAHON, III