UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO 03-CV-12249-DPW

| | |
|---|---|
| DONALD A. BRISSON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF NEW BEDFORD and NED K. LeDUC,<br><br>    Defendants | MOTION TO EXTEND<br>SCHEDULING ORDER |

Now come the parties to the above-referenced case, and hereby move that this Honorable Court extend the time for completion of discovery and the filing of motions for summary judgment in the above-referenced case.

As grounds therefore, the parties rely on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

1.     On or about March 11, 2004, the Court issued a Scheduling Order, requiring all fact discovery to be completed by October 11, 2004, and motions for summary judgment to be filed by November 11, 2004, after completion of the necessary discovery.  The Court also scheduled a status/scheduling conference for December 9, 2004.  No trial date has been set.

2.     The parties have endeavored in good faith to complete all fact discovery by the above-referenced date.  Due to the complexity of the issues, and the number of individuals involved in the underlying dispute, however, they were unable to do so.  Completion of discovery was further complicated by the fact that the arresting officer has retired from the Police Department and a new Chief of Police has taken office.

3.  All parties have joined in this motion, and no party will be prejudiced. Additionally, the parties are <u>not</u> requesting a continuance of the December 9, 2004 scheduling/status conference, and expect that all discovery will be completed prior to that date.

Wherefore, the parties jointly request that the Scheduling Order be amended by extending the time for completion of written discovery to **October 31, 2004**, by extending the time for taking depositions to **December 1, 2004**, and by leaving the date for the filing of motions for summary judgment for determination at the December 9, 2004 scheduling/status conference.

| DEFENDANT<br>CITY OF NEW BEDFORD, | PLAINTIFF<br>DONALD A.BRISSON, |
|---|---|
| By its attorneys, | By his attorney |
| ___/s/ Joseph L. Tehan, Jr._____<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Gregg J. Corbo (BBO# 641459)<br>Kopelman and Paige, P.C.<br>Town Counsel<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 | ___/s/ James R. McMahon, III_____<br>James R. McMahon, III (BBO #552111)<br>Law Offices of James R. McMahon<br>25 Main Street<br>PO Box 313<br>Buzzards Bay, MA 02532<br>(508) 759-9099 |

DEFENDANT
NED LEDUC,

By his attorney,

___/s/ Austin M. Joyce_____
Austin M. Joyce
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

233241/Metg/0499

2