December 3, 2004

The Honorable Douglas P. Woodlock
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Donald A. Brisson v. City of New Bedford, et al.
      United State District Court C.A. No. 03-CV-12249DPW

Dear Judge Woodlock:

Now come the defendants to the above-referenced case, pursuant to this Court's orders of March 11, 2004 and October 12, 2004, and hereby submit the following case status report:

1. Discovery – Fact discovery was completed on November 24, 2004. The parties, however, reserve their rights to re-notice the deposition of Steven Furtado, should either party gain the ability to effectuate service upon him. The defendants noticed Mr. Furtado's deposition for a date within the Court's scheduling order and served him with a subpoena by leaving a copy at his last known address. Mr. Furtado did not appear.

    The defendants also reserve their rights to seasonably compel further responses to written discovery and/or to deposition questions for which the plaintiff asserted attorney/client privilege, pending receipt of a privilege log from the plaintiff.

2. Dispositive Motions – The defendants anticipate filing a Motion for Summary Judgment and the parties suggest that such motions be filed by Friday, March 4, 2004, with oppositions filed by Friday, April 1, 2004.

3. Trial – Based on the foregoing, the defendants request that this case be scheduled for trial in June, 2005.

The Honorable Douglas P. Woodlock
December 3, 2004
Page 2

      Thank you for your attention to this matter.

|  |  |
|---|---|
| Very truly yours, | Very truly yours, |
| /s/ Gregg J. Corbo | /s/ Austin Joyce |
| Gregg J. Corbo | Austin Joyce |

GJC/lem
cc:    Mayor
        Police Chief
        Mr. Walter Masgul (GFMS # 227914)
        Austin Joyce, Esq.
        James R. McMahon, III, Esq.

237237/METG/0499

The Honorable Douglas P. Woodlock
December 3, 2004
Page 3

Hon. Frederick Kalisz
Mayor of New Bedford
New Bedford City Hall
133 William Street
New Bedford, MA 02740

Mr. Walter Masgul
Guaranty Fund Management Services
One Bowdoin Square
Boston, MA  02114

Austin Joyce, Esq.
Edward C. Reardon, P.C.
397 Grove Street
Worcester, MA  01605

Chief Carl K. Moniz
New Bedford Police Department
871 Rockland Avenue
New Bedford, MA 02740

James R. McMahon, III, Esq.
25 Main Street
P.O. Box 313
Buzzards Bay, MA  02532

237553/60700/0499