December 7, 2004

Clerk, Civil
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:     Donald A. Brisson v. City of New Bedford, et al.
        <u>United State District Court C.A. No. 03-CV-12249DPW</u>

Dear Sir/Madam:

    Please be advised that the plaintiff joins in the status report filed by the defendants on December 3, 2004. Counsel's signature was inadvertently omitted due to a miscommunication. Accordingly, an amended version is filed herewith for the Court's convenience.

    Thank you for your attention to this matter.

                                                      Very truly yours,

                                                      /s/ Gregg J. Corbo
                                                      Gregg J. Corbo

GJC/lem
Enc.
cc:    Mayor
        Police Chief
        Mr. Walter Masgul (GFMS # 227914)
        Austin Joyce, Esq.
        James R. McMahon, III, Esq.

238102/METG/0499

December 7, 2004

The Honorable Douglas P. Woodlock
United States District Court
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re:   Donald A. Brisson v. City of New Bedford, et al.
      <u>United State District Court C.A. No. 03-CV-12249DPW</u>

Dear Judge Woodlock:

  Now come the parties to the above-referenced case, pursuant to this Court's orders of March 11, 2004 and October 12, 2004, and hereby submit the following joint case status report:

1. <u>Discovery</u> – Fact discovery was completed on November 24, 2004. The parties, however, reserve their rights to re-notice the deposition of Steven Furtado, should either party gain the ability to effectuate service upon him. The defendants noticed Mr. Furtado's deposition for a date within the Court's scheduling order and served him with a subpoena by leaving a copy at his last known address. Mr. Furtado did not appear.

   The defendants also reserve their rights to seasonably compel further responses to written discovery and/or to deposition questions for which the plaintiff asserted attorney/client privilege, pending receipt of a privilege log from the plaintiff.

2. <u>Dispositive Motions</u> – The defendants anticipate filing a Motion for Summary Judgment and the parties suggest that such motions be filed by Friday, March 4, 2004, with oppositions filed by Friday, April 1, 2004.

3. <u>Trial</u> – Based on the foregoing, the parties request that this case be scheduled for trial in June, 2005.

Thank you for your attention to this matter.

| Very truly yours, | Very truly yours, | Very truly yours, |
|---|---|---|
| /s/ James R. McMahon, III | /s/ Gregg J. Corbo | /s/ Austin Joyce |
| James R. McMahon, III | Gregg J. Corbo | Austin Joyce |

GJC/lem
cc:     Mayor
         Police Chief
         Mr. Walter Masgul (GFMS # 227914)
         Austin Joyce, Esq.
         James R. McMahon, III, Esq.

238103/METG/0499