UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO 03-CV-12249-DPW

DONALD A. BRISSON,

    Plaintiff

v.

CITY OF NEW BEDFORD and NED K.
LEDUC,

    Defendants

DEFENDANT NED LeDUC'S
MOTION FOR SUMMARY JUDGMENT

Now comes the defendant, Ned LeDuc, and hereby moves for summary judgment

pursuant to Fed.R.Civ.P. 56.  As grounds therefor, the defendant states that the pleadings,

depositions, answers to interrogatories and affidavits show that there is no genuine issue as to

any material fact and that the defendant is entitled to judgment as a matter of law.

As further grounds therefor, the defendant relies on the Memorandum of Law and

Defendants' Joint Rule 56.1 Statement of Facts, with exhibits, submitted herewith.


DEFENDANT
NED LeDUC,

By his attorneys,

s/ Gregg J. Corbo

_____
Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO #641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

DEFENDANT
NED LeDUC,

By his attorney,

s/ Austin M. Joyce

_____
Austin M. Joyce (BBO #255040)
Edward P. Reardon, P.C.
397 Grove Street
Worcester, MA
(508) 754-7285

245135/60700/0499