UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO 03-CV-12249-DPW

| | |
|---|---|
| DONALD A. BRISSON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF NEW BEDFORD and NED K. LEDUC,<br><br>    Defendants | DEFENDANT CITY OF NEW BEDFORD'S <u>MOTION FOR SUMMARY JUDGMENT</u> |

Now comes the defendant, City of New Bedford, and hereby moves for summary judgment pursuant to Fed.R.Civ.P. 56. As grounds therefor, the defendant states that the pleadings, depositions, answers to interrogatories and affidavits show that there is no genuine issue as to any material fact and that the defendant is entitled to judgment as a matter of law.

As further grounds therefor, the defendant relies on the Memorandum of Law and Defendants' Joint Rule 56.1 Statement of Facts, with exhibits, submitted herewith.

DEFENDANT
CITY OF NEW BEDFORD,

By its attorneys,

s/ Gregg J. Corbo
_____
Joseph L. Tehan, Jr. (BBO# 494020)
Gregg J. Corbo (BBO# 641459)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

245137/60700/0499