UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO 03-CV-12249-DPW

| | |
|---|---|
| DONALD A. BRISSON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF NEW BEDFORD and NED K. LEDUC,<br><br>    Defendants | CERTIFICATE OF CONFERRAL |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that he attempted to confer with plaintiff's counsel in regard to defendants' Motions for Summary Judgment, by leaving a detailed voice message. The call was not returned prior to the filing of said Motion.

                DEFENDANTS
                CITY OF NEW BEDFORD,
                and NED LeDUC,

                By their attorneys,

                s/ Gregg J. Corbo

                Joseph L. Tehan, Jr. (BBO# 494020)
                Gregg J. Corbo (BBO# 641459)
                Kopelman and Paige, P.C.
                31 St. James Avenue
                Boston, MA 02116
                (617) 556-0007

245197.1/60700/0499