UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 03-CV-12249-DPW

```
* * * * * * * * * * * * *  *
                          *
DONALD A. BRISSON,        *
             Plaintiff    *
v.                        *
                          *
CITY OF NEW BEDFORD and   *
NED K. LeDUC,             *
             Defendants   *
                          *
* * * * * * * * * * * * *  *
```

# EXHIBITS TO
# PLAINTIFF'S LOCAL RULE 56.1
# STATEMENT OF UNDISPUTED FACTS

A.   Application for Complaint after arrest by Ned K. LeDuc.

B.   G.L. c. 266, § 120.

C.   Model Jury Instruction 5.43, Trespass, G.L. c. 266, § 120.

D.   Internal Affairs Statement of Ned K. LeDuc, 06-24-03.

E.   Internal Affairs Statement of Claudia Sampson, 06-24-03.

F.   Internal Affairs Statement of Kristofer Winterson, 07-02-03.

G.   Internal Affairs Statement of Rita Riberio, 06-25-03.

H.   Internal Affairs Statement of Thomas Conley, 06-24-03.

I.   Supporting Affidavit of Plaintiff's Counsel.

J.   Supporting Affidavit of the Plaintiff, Donald A. Brisson.