UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 03-cv-12249-DPW

```
* * * * * * * * * * * * *
DONALD A. BRISSON,          *
            Plaintiff       *
                            *
CITY OF NEW BEDFORD and     *
NED K. LeDUC,               *
            Defendants      *
* * * * * * * * * * * * *
```

**PLAINTIFF'S OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW comes the Plaintiff, Donald A. Brisson, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby opposes the Motions for Summary Judgments filed by the Defendants in this matter, and further moves this Honorable Court in addition to opposing same, to grant Summary Judgment to the Plaintiff on the undisputed facts in this case.

The Plaintiff says his opposition to the Defendants' Motions for Summary Judgment is based on the fact that there are disputed facts in which the Defendants are resting on in support of their Motions for Summary Judgment; however, when considering the sum of the undisputed facts admitted by the Defendants, along with the Plaintiff's undisputed facts, it is clear that Summary Judgment as to liability must be awarded to the Plaintiff. In support hereof the Plaintiff refers to his support Affidavits, Exhibits, and his Brief in Support.

1

WHEREFORE, the Plaintiff prays this Honorable Court deny the Defendants' Motions for Summary Judgment; and in addition, award the Plaintiff Summary Judgment on my liability in this matter.

>                    DONALD A. BRISSON,
>                    By his attorney,
>
>                    /s/ James R. McMahon, III
>                    James R. McMahon, III, Esquire
>                    BBO # 552111
>                    Law Offices of James R. McMahon, III, PC
>                    25 Main Street, Second Floor
>                    Post Office Box 313
>                    Buzzards Bay, MA  02532-0313
>                    (508) 759-9099

Dated: March 30, 2005