UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO 03-CV-12249-DPW

| | |
|---|---|
| DONALD A. BRISSON,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF NEW BEDFORD and NED K. LEDUC,<br><br>    Defendants | DEFENDANTS' MOTION TO STRIKE |

Now come the defendants, the City of New Bedford and Ned K. LeDuc, and hereby move to strike portions of the Plaintiff's Affidavit and Statement of Undisputed Fact, and any arguments based thereon. As grounds therefor, the defendants rely on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

The defendants move to strike Paragraphs 30-32, 35-38 and 43-40 of the Plaintiff's affidavit and Paragraphs 6, 11 and 14 of the Plaintiff's Statement of Undisputed Facts on the grounds that these paragraphs are not based on personal knowledge and do not set forth facts as would be admissible in evidence as required by Fed.Civ.P. 56(e). Instead, these paragraphs set forth conclusions as to matters of law, which should be stricken from the record. *See e.g.* Northern Light Technology, Inc. v. Northern Lights Club, 97 F.Supp.2d 96, 109, n. 14 (D.Mass. 2000).

The defendants also move to strike the statements in paragraphs 6 and 40 of plaintiff's affidavit that the plaintiff's client, Mr. Furtado, was being interrogated by the New Bedford Police. The undisputed facts in the record, including the plaintiff's own deposition testimony,

2

clearly establish that Mr. Furtado was not being interrogated, but was only asked routine booking questions (Defendants' Statement of facts, ¶17, 24,-26, 33).  The plaintiff cannot create a genuine issue of material fact by contradicting his own deposition testimony with an affidavit drafted subsequent thereto.  Lowery v. Airco, Inc., 725 F.Supp. 82, 85-86 (D.Mass. 1989).

WHEREFORE, in light of the foregoing, the defendants' Motion to Strike should be allowed.

| | |
|---|---|
| DEFENDANTS<br>CITY OF NEW BEDFORD,<br>and NED LeDUC, | DEFENDANT<br>NED LeDUC |
| By their attorneys, | By his attorney, |
| /s/ Gregg J. Corbo<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Gregg J. Corbo (BBO #641459)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 | /s/ Austin M. Joyce<br>Austin M. Joyce (BBO #255040)<br>Edward P. Reardon, P.C.<br>397 Grove Street<br>Worcester, MA<br>(508) 754-7285 |

248870/60700/0499