```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

DAVID A. BRISSON,
      Plaintiff

                                  CIVIL ACTION NO. 03-12249-DPW

 v.

CITY OF NEW BEDFORD, ET AL.,
      Defendants

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order dated October 31, 2005, granting the Defendants' Motions for Summary Judgment and Denying Plaintiff's Cross Motion for Summary Judgment, for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendants against the Plaintiff.**

                                            BY THE COURT,

                                            /s/ Michelle Rynne
                                            Deputy Clerk

DATED: October 31, 2005